# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**One half of a red & black US Cellular Samsung cellular telephone, Model# SCH-R270, FCC ID: A3LSCHR270, Serial Number 80F58F63/268435461713439080, which is currently located in evidence at the Milwaukee District Office of the DEA.**

Case Number: 13-M-525

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**One half of a red & black US Cellular Samsung cellular telephone, Model# SCH-R270, FCC ID: A3LSCHR270, Serial Number 80F58F63/268435461713439080, which is currently located in evidence at the Milwaukee District Office of the DEA.**

The person or property to be searched, described above, is believed to conceal: **See Attachment B**.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _August 22_, 2013
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge WILLIAM E. CALLAHAN, JR.

Date and time issued: _August 8th, 2013; 3:30 p.m._

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13-13-0066 | 08/08/2013 | N/A |

Inventory made in the presence of

Inventory of person or property taken and name of any person(s) seized:

SEE ATTACHMENT

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/12/2013

_(Executing officer's signature)_

SA JOSEPH A. KALETA
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_     9/12/13 _(Date)_

## Phone Examination Report Properties

| | |
|---|---|
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Extraction start date/time: | 08/08/13 01:17:17 PM |
| Extraction end date/time: | 08/08/13 01:18:43 PM |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

## Phone Examination Report Index

| | |
|---|---|
| Contacts | Selected |
| SMS - Text Messages | Not Supported |
| Calendar/Notes/Tasks | Not Supported |
| Call Logs | Selected |
| MMS - Multimedia Messages | Not Supported |
| Email Messages | Not Supported |
| Instant Messages | Not Supported |
| Images | Selected |
| Ringtones | Selected |
| Audio | Selected |
| Video | Not Supported |
| Databases | Not Supported |

## Phone Examination Report Properties

|  |  |
|---|---|
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

## Audio

## Phone Examination Report Properties

| | |
|---|---|
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

## Phone Incoming Calls List

CLOG MD5 Hash: 72B18ED99EA8DD33E25CABEBE360CDFF

CLOG SHA256 Hash: A53813E3 AE61605 184E86E A62AFC6 8260B40 F645870 5FC8EBE 1F3A54A A82DE36

| # | Type | Number | Name | Date & Time | Duration |
|---|---|---|---|---|---|
| Incoming Calls Information Not Available | | | | | |

## Phone Outgoing Calls List

CLOG MD5 Hash: 72B18ED99EA8DD33E25CABEBE360CDFF

CLOG SHA256 Hash: A53813E3 AE61605 184E86E A62AFC6 8260B40 F645870 5FC8EBE 1F3A54A A82DE36

| # | Type | Number | Name | Date & Time | Duration |
|---|---|---|---|---|---|
| Outgoing Calls Information Not Available | | | | | |

# Phone Missed Calls List

CLOG MD5 Hash: 72B18ED99EA8DD33E25CABEBE360CDFF

CLOG SHA256 Hash: A53813E3 AE61605 184E86E A62AFC6 8260B40 F645870 5FC8EBE 1F3A54A A82DE36

| # | Type | Number | Name | Date & Time | Duration |
|---|------|--------|------|-------------|----------|
| 1 | Missed | No Number | N/A | 07/26/13 12:48:14 PM | N/A |
| 2 | Missed | No Number | N/A | 07/26/13 12:48:50 PM | N/A |
| 3 | Missed | No Number | N/A | 07/26/13 12:49:21 PM | N/A |
| 4 | Missed | No Number | N/A | 07/26/13 12:49:37 PM | N/A |
| 5 | Missed | No Number | N/A | 07/26/13 12:49:58 PM | N/A |
| 6 | Missed | No Number | N/A | 07/26/13 01:08:51 PM | N/A |

* Phonebook name lookup used to retrieve names

# Phone Examination Report Properties

|  |  |
|---|---|
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

# Phone Contacts

Total Entries: 14
PBB MD5 Hash: EFA232BC594AA53E6C85C7AA44B27D07
PBB SHA256 Hash: 2DE8776B 55CBF45 903FFB0 270EAC1 1DD103E 044547E 407D9CB 228EF32 AF7A13F

| #1 | **Directory Assistance** (Memory: Phone) |
|---|---|
| Mobile: | 411 |

| #2 | **Customer Care** (Memory: Phone) |
|---|---|
| Mobile: | 8889449400 |

| #3 | **Rodi** (Memory: Phone) |
|---|---|
| Mobile: | 4144181280 |

| #4 | **Yiro** (Memory: Phone) |
|---|---|

| Mobile: | 4144185577 |
|---|---|

| #5 | **Foca** (Memory: Phone) |
|---|---|
| Mobile: | 4147591687 |

| #6 | **Ja** (Memory: Phone) |
|---|---|
| Mobile: | 4142332137 |

| #7 | **Carnitas** (Memory: Phone) |
|---|---|
| Mobile: | 4147950905 |

| #8 | **Perro** (Memory: Phone) |
|---|---|
| Mobile: | 4145204511 |

| #9 | **Puerca** (Memory: Phone) |
|---|---|
| Mobile: | 4147955793 |

| #10 | **Ecliserio** (Memory: Phone) |
|---|---|
| Mobile: | 4143994873 |

| #11 | **D** (Memory: Phone) |
|---|---|
| Mobile: | 4843002 |

| #12 | **Chacho** (Memory: Phone) |
|---|---|
| Mobile: | 5142570 |

| #13 | **Carlos** (Memory: Phone) |
|---|---|
| Mobile: | 4143244616 |

| #14 | **Potorro** (Memory: Phone) |
|---|---|
| Mobile: | 4145142570 |

# Phone Examination Report Properties

|  |  |
| --- | --- |
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

# Images

| # | Information | MetaData | Image |
| --- | --- | --- | --- |
| 1 | File Name: 0719131855.jpg<br>File Path: brew/mod/10888/0719131855.jpg<br>File Source: Phone<br>File Size: 191005 Bytes<br>File Date/Time: 07/19/13 11:55:34 PM (GMT)<br>MD5: 3F5318F5F403C18F5CC4BEE56FA0CF7C<br>SHA256: DC9993DC E79BFA9 AB93B81 136726C B3E3DEB BC8A7ED 9F55590 9136CDB E1F47C6 | Resolution: 72x72 (unit: inch)<br>Pixel Resolution: 960x1280<br>Camera Make: SAMSUNG<br>Camera Model: SCH-R270<br>Date/Time: 2013:07:19 18:55:18 | |
| 2 | File Name: 0722131910.jpg<br>File Path: brew/mod/10888/0722131910.jpg<br>File Source: Phone<br>File Size: 121799 Bytes<br>File Date/Time: 07/23/13 12:10:43 AM (GMT)<br>MD5: FFFE1F6C9C314A6028F5FF82B9101BD6<br>SHA256: 1DB85E43 E1C880E 80ACABE FD7A138 8B2F48F | Resolution: 72x72 (unit: inch)<br>Pixel Resolution: 960x1280<br>Camera Make: SAMSUNG<br>Camera Model: SCH-R270<br>Date/Time: 2013:07:22 19:10:27 | |

| | | | |
|---|---|---|---|
| | 1369C49 CF8196B 0165C4E 60ADFC5 | | |
| 3 | File Name: 0722131910a.jpg<br>File Path: brew/mod/10888/0722131910a.jpg<br>File Source: Phone<br>File Size: 126955 Bytes<br>File Date/Time: 07/23/13 12:10:51 AM (GMT)<br>MD5: 312366FEDB49A340E37FCD6616FD7E1C<br>SHA256: EEFB1F56 4FB0BC1 03E6913 4CDFE69 92B0B02 C33D6BC 4392D9A A780327 768C5B5 | Resolution: 72x72 (unit: inch)<br>Pixel Resolution: 960x1280<br>Camera Make: SAMSUNG<br>Camera Model: SCH-R270<br>Date/Time: 2013:07:22 19:10:35 | |
| 4 | File Name: _header320.png<br>File Path: brew/mod/262700/_header320.png<br>File Source: Phone<br>File Size: 1347 Bytes<br>File Date/Time: 05/23/12 01:55:23 AM (GMT)<br>MD5: 6CA98D983FE4AC6ED895198A6C5D7C53<br>SHA256: DE36F5CE C9B80F1 21D8ADC F4F591A BF6F83E 29B5725 C1703EA D84BEBA 5B25F58 | | |
| 5 | File Name: _intro_footer.png<br>File Path: brew/mod/262700/_intro_footer.png<br>File Source: Phone<br>File Size: 341 Bytes<br>File Date/Time: 05/23/12 01:55:23 AM (GMT)<br>MD5: 0C91EA1D1C22F3BA3D2EE802A05EF100<br>SHA256: 5233D2FA 55E5309 F6B0736 B3B0F5A 601A9FF 8177F97 F7F6232 AB39878 84E5457 | | |
| 6 | File Name: _off320.png<br>File Path: brew/mod/262700/_off320.png<br>File Source: Phone<br>File Size: 263 Bytes<br>File Date/Time: 05/23/12 01:55:23 AM (GMT)<br>MD5: 654EFB6439E41ECEEE63 | | |

| | | | |
|---|---|---|---|
| | 22E302C5DC08<br>SHA256: 4CC1E12F 9B8760E E15AE27 10211FE A17149A 6CA89B2 6022CC8 887FAB3 96605C5 | | |
| 7 | File Name: _on320.png<br>File Path: brew/mod/262700/_on320.png<br>File Source: Phone<br>File Size: 314 Bytes<br>File Date/Time: 05/23/12 01:55:23 AM (GMT)<br>MD5: 25ED0CD0D6177CB8F5B0 BD994E3AF6F5<br>SHA256: FC6B4BA2 37E839B 3D22F5B BD7BE4B 9F70C6A 77A59D0 F55CBFB 9F67148 2DF5E42 | | |

# Phone Examination Report Properties

| | |
|---|---|
| Selected Manufacturer: | Samsung CDMA |
| Selected Model: | SCH-R270/R270A |
| Detected Manufacturer: | SAMSUNG ELECTRONICS CO., LTD. |
| Detected Model (GMM): | SCH-R270/243 |
| Revision: | Q6085BSNAATZ533409 1 [Mar 23 2011 21:00:00] |
| MEID: | 268435461713439080 (HEX: A0000039CD1068) |
| CDMA MIN: | 4144219177 |
| MDN: | 4143039504 |
| Phone Date/Time: | 01/09/80 04:55:55 PM (GMT) |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.9.0.0 UFED , Full Image: 1.0.2.9 , Tiny Image: 1.0.2.1 |
| UFED S/N: | 5534614 |

# Ringtones

## ATTACHMENT A

This warrant applies to information associated with:

One half of a red & black US Cellular Samsung cellular telephone, Model# SCH-R270, FCC ID: A3LSCHR270, Serial Number 80F58F63/268435461713439080 seized from Jose CABALLERO-ESCOBAR by the DEA on July 26, 2013. The device is currently located in evidence at the Milwaukee District Office of the DEA.

## ATTACHMENT B

1. All records on the device described in Attachment A that relate to violations of Title 21, United States Code, Section 841(a)(1):

    a. Lists of customers, suppliers, and related identifying information;

    b. Types, amounts, and prices of drugs purchased and trafficked as well as dates, places, and amounts of specific transactions;

    c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    d. All bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.

2